To: Clerk

From: Rashad Bey

FILED
IN CLERKS OFFICE

2022 MAR 14  AM 11: 26

Please add this 2nd page to my Notice of Removal Document Sent on 3/11/2022. This second page was accidentally left out.

U.S. DISTRICT COURT
DISTRICT OF MASS

Thank you,



    a. Article 3, section 1; The judicial power of the United States, shall be vested in one Supreme Court.

    b. Article 3, section 2; The supreme Court shall have original jurisdiction.

    c. My 2nd, 4th, 5th, 6th and 8th amendment rights have been violated at Stoughton District Court.

    d. Commonwealth v. Rostad 410 Mass. 618, 620 (1991), Commonwealth v. Eagleton, 402 mass. 199, 207 n.13 (1988) United States v. Cortez, 449 U.S 411, 417 101 (1981) and Commonwealth v. Toole, 389 mass. 159,163 (1983) have all been violated by Stoughton District Court by not adhering to federal case law under article 4 section 1 of the Constitution for the united States of America.

8. Respectfully I'm demanding that this case be removed to federal court due to the fact that I've been suffering from personal injuries, and my rights have continue to get violated at Stoughton District court for about two years. I fear that justice will not be served at Stoughton District Court based on the unlawful treatment I've been experiencing and the disregard of the Constitution for the united States of America and United States laws. Recently I filed Case (1:21-cv-12132-IT) which was granted due to the District Attorney and Policeman at Stoughton District Court unlawfully seizing my property that does not belong to them.

FILED IN CLERKS OFFICE 2022 MAR 14 AM 11:26 U.S. DISTRICT COURT